UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA et al., <br><br>                         Plaintiffs, <br><br> -against- <br><br> DIANE D'ANGELO et al., <br><br>                         Defendants. | 25-CV-3002 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's May 8, 2025 Order, Dkt. 14, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **August 6, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 8, 2025**.

      SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge