Elaine Platt
5 Tudor City Place
New York, NY 10017

Arun Subramanian, US District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238
subramanianNYSDChambers@nysd.uscourts.gov

> The initial pretrial conference is hereby canceled. Given that there is no proof of service on the docket, by September 9, 2025, plaintiff is hereby ORDERED to show cause why this case should not be dismissed without prejudice for failure to serve defendants within the time allotted by Federal Rule of Civil Procedure 4(m). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: September 2, 2025

September 2, 2025

<u>Via ECF</u>

     Re: 25-CV-03002; Pre-trial Conference

Dear Judge Subramanian,

 I am writing in my capacity as a named defendant in the above captioned case.

 I request that the pre-trial conference, currently scheduled for September 9, 2025, be adjourned sine die, to allow me time to receive a waiver form; to send a Rule 11 Safe Harbor letter; and to file a pre-answer motion to dismiss.

 I have **never** received any mailing of a waiver form, as Mr. Gebski alleges (I defy him to produce any proof of mailing issued by the post office). In fact, I have proactively reached out to him and asked him to email me the waiver forms for all four defendants. [See email 8/28/2025 telling Mr. Gebski that none of the defendants have received his mailing, and asking him to email all the waiver forms to me].

 I find strange Mr. Gebski's statement that I sent him an email saying that this case is not related to case 1:24-cv-02296. (I defy Mr. Gebski to produce a copy of this fictitious email that he alleges I wrote in response to his fictitious mailing).

 In fact, I most certainly do believe that this case is related to case 1:24-cv-02246.

 As Your Honor is aware, I am the attorney for Ms. D'Angelo in case 1: 24-cv-02246. I have repeatedly asserted that case 1:24-cv-02246 was not brought in good faith; that it was

instituted to frighten Ms. D'Angelo; to coerce her into accepting an unfair business arrangement; and to make her spend money on legal fees that she can ill afford.

Case 1:24-cv-02296 has progressed to the stage where summary judgment motions are now pending; and hopefully this case will be concluded shortly.

So to continue the harassment of Ms. D'Angelo, and the drain on her financial resources, Mr. Gebski now threatens her, her attorney, and her witnesses, with this frivolous new lawsuit.

If Mr. Gebski really wanted to pursue this lawsuit, he could have simply *asked* me if I were willing to accept service. He has never done this. And, he could have responded to my request, by emailing me a waiver form.

I ask this Court to require Mr. Gebski to email me waiver forms for all four of the defendants, by a date certain, and to promptly e-file the executed waiver forms upon my return of the forms to him.

Once the waiver forms are e-filed, Mr. Jones would need some time to make arrangements with his insurance company to obtain defense counsel for his firm; and I would need time to write and serve a Safe Harbor letter; and then 21 days later, to file a pre answer motion to dismiss and a Rule 11 motion for sanctions.

For all the above reasons, a conference held on September 9, 2025, would be premature and unproductive, and I plead that it be adjourned sine die.

Respectfully submitted,

_/s/ Elaine Platt_

Elaine, Platt.
5 Tudor City Place
New York, NY 10017
646-602-1489
smartworkout@verizon.net