UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA et al., <br><br>                           Plaintiffs, <br><br> -against- <br><br> DIANE D'ANGELO et al., <br><br>                           Defendants. | 25-CV-3002 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On September 2, 2025, the Court ordered plaintiffs to show cause why this case should not be dismissed for failure to serve defendants within the time allotted by Federal Rule of Civil Procedure 4(m). Dkt. 19. Plaintiffs did not respond to the order to show cause by filing any letter or declaration on the docket. Instead, plaintiffs filed four certificates of service, claiming that on June 13, 2025, the summons and complaint were mailed to defendants. *See* Dkt. 20 at 1–4. This is contrary to plaintiffs' assertion on August 11, 2025, that the materials were mailed on June 16, 2025, Dkt. 16, and hard to square with plaintiffs' request for an extension of time to serve defendants on that same date, *id.*, as well as defendants' claim that they never received any materials by mail, Dkt. 18.

      In sum, it does not appear from the docket that service was properly made within the time allotted by Federal Rule of Civil Procedure 4(m). By September 15, 2025, plaintiffs should file a letter on the docket addressing these discrepancies and explaining why this case should not be dismissed. Additionally, plaintiffs should provide a copy of the email they received from Ms. Platt stating that this case is not related to 24cv2246.

      SO ORDERED.

Dated: September 12, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge