UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. KWOKA et al.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>DIANE D'ANGELO et al.,<br><br>       Defendants. | 25-CV-3002 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 2, 2025, the Court ordered plaintiffs to show cause why this case should not be dismissed for failure to serve defendants within the time allotted by Federal Rule of Civil Procedure 4(m). Dkt. 19. Plaintiffs did not respond to the order to show cause by filing any letter or declaration on the docket. Instead, plaintiffs filed four certificates of service, purporting to show that on June 13, 2025, the summons and complaint were mailed to defendants. *See* Dkt. 20 at 1–4.

  On September 12, 2025, the Court observed that plaintiffs' representations were contrary to their assertion on August 11, 2025, that the materials were mailed on June 16, 2025, Dkt. 16, and hard to square with their request for an extension of time to serve defendants on that same date, *id.*, as well as defendants' statements that they never received any materials by mail, Dkt. 18. The Court ordered plaintiffs to file a letter by September 15, 2025, explaining these discrepancies and, again, addressing why this case should not be dismissed for lack of service. Dkt. 24.

  Plaintiffs failed to file any letter. Accordingly, the Court dismisses the case for lack of service. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

  SO ORDERED.

Dated: September 16, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge